UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-10007 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Theft, Embezzlement, and Misapplication by Bank Employee |
| ANGELICA JEAN GEBUR, | 18 U.S.C. § 656 |
| Defendant. | |

The Grand Jury charges:

Beginning on or about March 22, 2018, and continuing through June 18, 2021, in Webster, in the District of South Dakota and elsewhere, Angelica Jean Gebur, being an employee of CorTrust Bank, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC), did, with intent to injure and defraud CorTrust Bank, embezzle, abstract, purloin, and willfully misapply more than $1,000 of moneys, funds, assets, and securities intrusted to the custody and care of CorTrust Bank, in violation of 18 U.S.C. § 656.

A TRUE BILL:

**REDACTED**

_____
Foreperson

DENNIS R. HOLMES
United States Attorney

By: _____